UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARGARET M. CARMICHAEL and SUHAMMAD CARMICHAEL | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) | 
| IRWIN MORTGAGE CORPORATION, WELLS FARGO BANK, N.A., BROCK & SCOTT PLLC, JOHN DOE 1-3, FANNIE MAE, and DREAM LIVING REALTY, | ) ) ) ) ) ) |
| Defendant. | ) |

**JUDGMENT**
No. 5:14-CV-122-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the court's order entered on December 17, 2014, the Court GRANTS the motion to dismiss [D.E. #16] of Brock & Scott and Fannie Mae and DISMISSES plaintiffs' complaint against Brock & Scott and Fannie Mae.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that in accordance with the court's order entered on May 20, 2015, the court GRANTS defendant Wells Fargo's motion to dismiss [D.E. #39] and DISMISSES plaintiffs' complaint against Wells Fargo.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that in accordance with the court's order of 5/28/2015 [D.E. #52], plaintiff's case against Irwin Mortgage Corporation is DISMISSED without prejudice.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that in accordance with the court's order of 6/16/2015 [D.E. #55], the clerk shall dismiss the complaint against Dream Living Realty without prejudice and close the case.

**This Judgment Filed and Entered on June 18, 2015, and Copies To:**

| | |
|---|---|
| Margaret M. Carmichael | (via US Mail, 3089 Huntleigh Drive, Raleigh, NC 27604) |
| Suhammad Carmichael | (via US Mail, 3089 Huntleigh Drive, Raleigh, NC 27604 |
| Dream Living Realty | (via US Mail, 3105 Glenwood Ave., Suite 105, Raleigh, NC 27612) |
| Amanda G. Ray | (via CM/ECF electronic notification) |
| Gregory David Spink | (via CM/ECF electronic notification) |

DATE                                                   **JULIE RICHARDS JOHNSTON, CLERK**

June 18, 2015                          By:    /s/ Courtney O'Brien
                                                                         Deputy Clerk